# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE L. QUIROS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW P. CALERICH, *et al.*,<br><br>    Defendants. | Case No. 2:10-CV-01541-KJD-LRL<br><br>**ORDER** |

   The parties are ordered to file a joint status report no later than July 13, 2011.  Failure to respond will result in Plaintiff's case being dismissed.

**IT IS SO ORDERED.**

    DATED this 29th day of June 2011.

_____
Kent J. Dawson
United States District Judge